**DISMISS and Opinion Filed December 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01056-CV**

## IN THE INTEREST OF B.D.D., JR., B.M.D., J.C.D., AND R.D.D., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-19500**

# MEMORANDUM OPINION
Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated September 13, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that the failure to do so would result in dismissal of the appeal. Also by postcard dated September 13, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that the failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

In letters dated October 18, 2018, we informed appellant the clerk's record and the reporter's record had not been filed because appellant had not paid for the clerk's record or the reporter's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's and reporter's records or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that

the failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).



/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


181056F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.D.D., JR., B.M.D., J.C.D., and R.D.D., CHILDREN

No. 05-18-01056-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-17-19500.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 20, 2018.